UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHAMNMANY THONG PHOUANGPHET,

    Movant,

                                   Case No. 1:15-CV-93

v.

                                   HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion and order entered on this date:

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Movant's claim is without merit.

Dated:  March 10, 2017                           /s/ Paul L. Maloney
                                                                       PAUL L. MALONEY
                                                                       UNITED STATES DISTRICT JUDGE